# TAB C

1          IN THE UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF ILLINOIS

3                  EASTERN DIVISION

4

5    BARBARA KUEBLER and              )

6    JEANNETTE JORDAN                 )

7            Plaintiffs,              )

8            -vs-                     )No.  14 CV 05265

9    NuCARE SERVICES CORP., an        )

10   Illinois Corporation             )

11           Defendant.               )

12

13           The deposition of TIMOTHY FIELDS, called

14   for examination pursuant to Notice and the Rules of

15   Civil Procedure for the United States District

16   Courts pertaining to the taking of depositions,

17   taken before April T. Hansen, a Certified Shorthand

18   Reporter within and for the County of Cook and

19   State of Illinois, at 300 West Adams Street, Suite

20   330, Chicago, Illinois, on the 30th day of April,

21   2015, at the hour of 11:00 a.m.

22

23   Reported By:  April T. Hansen, CSR, RPR

24   License No.:  084-004043



1  penalties of perjury that you would be if you were

2  testifying in a court of law.

3          Do you understand that?

4    A.   Yes.

5    Q.   All right.  Now I'm going to first ask you

6  about some background questions.

7          How are you currently employed?

8    A.   How am I employed?

9    Q.   Yes.  Who are you working for now?

10   A.   NuCare/Symphony.

11   Q.   And for how long have you been working for

12  NuCare and Symphony?

13   A.   About four and a half years.

14   Q.   What's your job title?

15   A.   Senior vice-president of strategy and

16  development.

17   Q.   Has that been your title since you started

18  with them?

19   A.   I believe when I started it was vice-

20  president of business development for the first

21  about six months until it was changed.

22   Q.   Did your responsibilities change when your

23  title changed?

24   A.   No.



1    Q.   When you say NuCare/Symphony, those are
2  two separate companies?
3    A.   Technically there are two organizations:
4  NuCare Services and Symphony Financial.  Both
5  are -- I don't know how to legally say it, but they
6  are both kind of under the Symphony Post Acute
7  Network, which is our brand.
8    Q.   Before you worked for NuCare who were you
9  employed by?
10    A.   I was employed by Royal Management, who is
11  also known as Lexington Health Care.
12    Q.   How long did you work for them?
13    A.   A little over four years.
14    Q.   What was your job title with them?
15    A.   Vice-president of business development.
16    Q.   What were your responsibilities just
17  generally with them?
18    A.   Consultant for marketing and business
19  development for the skilled nursing facilities.
20    Q.   I'm sorry.  You said four years about?
21    A.   A little over four years.  It's about four
22  and a quarter maybe.
23    Q.   And before Lexington who did you work for?
24    A.   I worked for a company called



1      A.   It's part of the marketing consulting.

2      Q.   Okay.  Back in 2012, how many liaisons

3  worked for Symphony?

4      MS. ROSENBERG:  Objection to foundation.

5      THE WITNESS:  I don't recall exactly.

6  BY MR. FOX:

7      Q.   Rough number?

8      A.   I would estimate somewhere around 20.

9      Q.   Is the role of all the liaisons similar to

10  the role that Barb Kuebler had at Symphony?

11      A.   Yes.

12      Q.   Then NuCare, what kind of -- how would you

13  describe the business that NuCare is in?

14      A.   I need more detail to your question.

15      Q.   What is NuCare in the business of doing?

16      MS. ROSENBERG:  Objection to form.  Foundation.

17      THE WITNESS:  I answered that earlier with

18  Symphony.  I mean, it's the same.  It's a

19  consulting organization.

20  BY MR. FOX:

21      Q.   Okay.  So they do basically the same

22  things that Symphony does?

23      A.   Uh-huh.

24      Q.   That's a yes?

1  BY MR. FOX:

2     Q.   Did the liaisons, each liaison, did they

3  have certain goals that they were supposed to meet

4  that would measure their performance?

5              I'm talking, again, about the period

6  from January through July of 2013.

7     A.   Each liaison was judged on performance

8  based upon the historical admissions from that

9  hospital territory and hospital account.  And we

10  have historical numbers that would equate to bonus

11  plans for the liaisons, as well as those admission

12  numbers translated into those facility-based census

13  budgets and targets.

14     Q.   What do you mean, translates into that

15  facility budget census target?

16     A.   An example would be a facility that needed

17  to have 30 admissions to meet their budgeted census

18  goals.

19     Q.   So how did that tie into the performance?

20     MS. ROSENBERG:  Objection to form.

21     THE WITNESS:  In order for the facility to meet

22  their budgeted census goals, they contracted with

23  NuCare and Symphony to provide marketing and

24  business development services to get admissions



1  from the hospitals into the -- into the skilled

2  facilities.  Each liaison had a -- a historical

3  performance of their account, which we wanted --

4  the goals were to maintain and grow those number of

5  admissions.

6  BY MR. FOX:

7      Q.   So you said just now each liaison had a

8  historical performance of their account, correct?

9      A.   Each hospital had a performance.  Each

10 liaison was assigned to a hospital account.

11     Q.   Okay.

12     A.   An example would be that hospital A

13 provided X amount of admissions in one year, and

14 then the next year obviously we use that as the

15 target for performance.

16     Q.   So in the context of liaisons doing their

17 work -- and, again, my questions -- unless I say

18 otherwise, my questions are all related from

19 January through July of 2013.

20          During that time period were the

21 liaisons given their performance goals by NuCare?

22     MS. ROSENBERG:  Objection to form.

23     THE WITNESS:  I don't recall.

24



1    resources.

2        Q.   Who prepared these reports?

3        A.   Again, there are different reports.  The

4    report that I mentioned earlier regarding the

5    hospital performance, or the admissions by hospital

6    account historically, were prepared at the facility

7    level and sent into an executive assistant at the

8    NuCare office to roll up and compile into one

9    larger report.

10       Q.   So you've indicated that these admissions

11   by hospital reports that you've just described, the

12   ones you've just described, they would contained

13   historical data about the admissions from a

14   hospital to a facility; correct?

15       A.   Correct.

16       Q.   Now, were there any documents given to

17   liaisons which indicated to them what their goals

18   would be in terms of obtaining admissions for a

19   skilled nursing facility from a hospital?

20       A.   I don't recall a specific document.

21       Q.   Did liaisons -- again, I'm in the same

22   time we have been talking about.

23            Did liaisons have specific goals

24   communicated to them of how many admissions they



1  were supposed to obtain for the skilled nursing

2  facilities on a weekly, monthly, or yearly basis?

3      A.   Each facility has census targets, and each

4  facility has also marketing meetings in which

5  reports are generated with historical performance

6  of different hospital accounts and admissions.  And

7  there was discussion in those meetings about

8  performance of different hospital accounts,

9  different goals of whether we are -- you know, the

10  facility was on track to meet their census goal or

11  not.  Those were monthly meetings on average.

12      Q.   Did you ever attend these monthly

13  meetings?

14      A.   I have been to some.  I didn't go to all

15  of them.

16      Q.   At these monthly meetings that you've

17  attended was there discussion of what these

18  specific goals for a particular liaison would be in

19  terms of how many admissions she or he would have

20  to obtain on a monthly basis?

21      A.   By analyzing the historical data, yes.

22      Q.   And these would be discussed at the

23  monthly meetings?

24      A.   Correct.



1  to; is that correct?

2     A.   There were employed liaisons who had

3  hospital territories that sometimes worked with

4  one, sometimes worked with more than one of the

5  different facilities.

6     Q.   That was going to be my question.

7           So some facilities would have more

8  than one liaison that would feed patients or try to

9  feed patients into that particular facility?

10    A.   Correct.

11    MR. FOX:  All right.  Why don't we take a

12  break.

13    MS. ROSENBERG:  Sure.

14                 (Break taken from 12:03 p.m. to

15                 12:13 p.m.)

16  BY MR. FOX:

17    Q.   In the context of your job for NuCare,

18  what were your responsibilities on a day-to-day

19  basis back in, say, for the first six months of

20  2013?

21    A.   My role is to manage and supervise the

22  regional vice-presidents of business development

23  and other staff, including admissions and marketing

24  and communications and PR, for -- to ensure that



1   our consulting to the skilled nursing facilities

2   helped them meet their budgeted census goals among

3   other things.

4             Again, I don't have my job

5   description in front of me.

6      Q.   Right.  But you know what you did day to

7   day from January through June, roughly, in 2013?

8      A.   Not everything.

9      Q.   You don't know what you did on a day-to-

10  day basis generally?

11     MS. ROSENBERG:  Objection to form.

12     THE WITNESS:  I don't recall everything.

13  BY MR. FOX:

14     Q.   I'm not asking for everything, I'm just

15  asking generally what you did.

16            Do you know generally what you did on

17  a day-to-day basis in the first six months of 2013?

18  Or is that generally what you've just described to

19  me?

20     A.   That was generally what I did.

21     Q.   All right.  In the context of helping

22  facilities meet their budgeted census goals, you

23  had also talked about the fact that liaisons would

24  have goals that they were supposed to meet.



1    MS. ROSENBERG:  Objection to the extent it

2  mischaracterizes prior testimony.

3    THE WITNESS:  I don't recall.

4  BY MR. FOX:

5    Q.   You don't recall if there is a written

6  policy that deals with action plans?

7    A.   I don't recall if we have one.  I don't.

8    Q.   Does NuCare had a policy manual for its

9  liaisons?

10    MS. ROSENBERG:  Objection to foundation.

11        You can answer if you know.

12    THE WITNESS:  I don't believe so.

13  BY MR. FOX:

14    Q.   Is there any written document that you're

15  aware of at NuCare -- and this is a document for

16  management -- that dictates how action plans are to

17  be used?

18    A.   No.  Usually it's consulted with human

19  resources.

20    Q.   So based upon your understanding, how are

21  action -- let me ask it this way.  When are action

22  plans supposed to be used for a liaison?

23    A.   It could be a number of different reasons.

24  Based upon performance, based upon any issues or



1 concerns that would hurt the ability of us to, you

2 know, maintain and grow the hospital account or

3 have other -- it's kind of -- there's too many

4 things I think in there.  It could be behavior

5 issues, it could be attendance issues.  It could be

6 a lot of different things that would cause an

7 action plan to be warranted.

8      Q.   Do you know how many times an action plan

9 has been used, say, during the year -- during the

10 entire year 2013?

11      A.   I don't recall.

12      Q.   Do you know if it's been more than ten or

13 less than ten?

14      MS. ROSENBERG:  Objection to form.  Foundation.

15      THE WITNESS:  I would guess less than ten, but

16 I'm not sure.

17 BY MR. FOX:

18      Q.   Before an action plan is used, is there a

19 policy that says that you need to approve an action

20 plan being used?

21      MS. ROSENBERG:  You're referring to Tim?

22      MR. FOX:  Correct.

23      MS. ROSENBERG:  Okay.

24      THE WITNESS:  I don't know of a policy, no.



1            And the second thing is I'm asking a

2    general question without regard to a particular

3    liaison.

4    BY MR. FOX:

5        Q.   So without regard to a particular liaison,

6    without regard to a particular time, when an action

7    plan is created for a particular liaison, whoever

8    that might be, because of performance reasons, who

9    is it that determines what the goals would be?

10       MS. ROSENBERG:  And I will state the same

11   objection.

12       THE WITNESS:  The supervisor, which in most

13   cases is the original vice-president of business

14   development, usually will compile the performance

15   action plan based on, as we spoke of earlier,

16   certain things need to be met on marketing and

17   business development, any type of behavioral or

18   teamwork issues, anything else that would be

19   applicable to that.  As well as the performance

20   metrics of the hospital account based on the

21   hospital account and the facility census.

22            Every performance action plan is

23   different based upon what we are informing the

24   employee of what needs to be -- what performance



1    A.   Yes.

2    Q.   Now, I'm asking this just generally

3  speaking know, if a liaison -- if a liaison is

4  deemed to be having performance-based issues in

5  connection with obtaining patients, new patient

6  admissions into skilled nursing facilities, is

7  there a practice of documenting that for the

8  liaison short of doing an action plan?

9    MS. ROSENBERG:  Objection.  Calls for

10  speculation.

11    THE WITNESS:  You're speaking to generality.

12  Every situation is different and every liaison and

13  situation would be handled differently.

14  BY MR. FOX:

15    Q.   Does that happen at all since you have

16  been working at NuCare, where a liaison is

17  documented and not given an action plan when he or

18  she has not met performance expectations in terms

19  of admissions in skilled nursing facilities?

20    A.   I can't recall.

21    Q.   In the last -- well, let me do it this

22  way.

23           Barb Kuebler and Jean Jordan, they

24  were fired for -- well, you tell me.  Where were

1  they fired -- let me withdraw that and go again.

2            Why was Jean Jordan fired?  All the

3  reasons she was fired.

4      MS. ROSENBERG:  Objection to form.

5      THE WITNESS:  There was a performance action

6  plan that was put together that had certain targets

7  and goals for Jean.  I don't have it in front of me

8  to review.  And those goals were not met and she

9  was terminated for performance.

10  BY MR. FOX:

11     Q.   Okay.  Then same question for Barb

12  Kuebler, what were all the reasons that she was

13  terminated?

14     A.   Again, a performance action plan was put

15  together.  I don't have it in front of me to review

16  every item that was on there.  But there were items

17  of performance that were not met and she was

18  terminated for performance.

19     Q.   And the performance items that were not

20  met, were these in connection with obtaining new

21  admissions into NuCare's skilled nursing

22  facilities?

23     A.   That is a piece of that from my

24  recollection of the action plan, but I would have



1                    (Whereupon, the following

2                    proceedings were held in open

3                    deposition:)

4    BY MR. FOX:

5        Q.   All right.  So let's turn a little bit.

6    We were just talking about Barbara little bit.

7                    How did you first come to know Barb

8    Kuebler?

9        A.   I hired her while I was employed at

10   Lexington at Royal Management.

11       Q.   At Lexington did she also work as a

12   liaison?

13       A.   Correct.

14       Q.   Was it similar job responsibilities to

15   those she had while she worked at NuCare?

16       A.   Correct.

17       Q.   How did you view her performance when she

18   worked -- and before I go there, did you supervise

19   her at all when she worked at Lexington?

20       A.   For periods of time.  There were some

21   times I was her direct supervisor and there were

22   some times when there was a regional in-between.

23       Q.   How did you view her performance when you

24   did view her performance at Lexington?  What was



1   recall.

2   BY MR. FOX:

3       Q.   At some point when Barb -- after Barb had

4   come over to NuCare, you heard about some problems

5   with her work performance?

6       A.   There were some concerns that I recall

7   about the performance of the account in terms of

8   number of admissions.

9       Q.   Who did you hear that from?  Or were you

10  done with your answer or no?

11      A.   I'm just trying to think if there is

12  anything else I can recall.

13      Q.   Okay.

14      A.   That's it.

15      Q.   Okay.  Then who voiced these concerns to

16  you?

17      A.   I don't recall specifically it being a

18  voiced concern.  I think, again, we get some

19  analysis of data to look at, both by facility and

20  rolled up.  But I don't remember specifically

21  someone.

22      Q.   Would you remember how those concerns came

23  to your attention?

24      A.   I don't.



1    Q.   Do you remember when these concerns first
2  came to your attention?
3    A.   I don't.
4    Q.   Do you remember what month?
5    A.   I don't.
6    Q.   When these concerns first came to your
7  attention, did you make any determination or
8  decision about what you were going to do about the
9  concerns?
10    A.   From what I recall, I had a conversation
11  with Lorin.
12    Q.   This is Lorin Lieberson?
13    A.   Yeah.  At the time it was Lorin Schubert.
14    Q.   Okay.
15    A.   Who was at the time her supervisor.  And
16  we put together a performance action plan that
17  encompassed some duties and responsibilities for
18  marketing and program development and education of
19  the services we provide, plus obviously some
20  performance numbers.  So we had a discussion about
21  putting that together.
22    Q.   Okay.  And in connection with this
23  conversation with Lorin Schubert, who initiated the
24  conversation?  Was it she initiating it to you, or



1  plan or -- I'll leave it like that.

2           Did you have a conversation with her

3  about that performance plan?

4      MS. ROSENBERG:  Objection to form.

5      THE WITNESS:  No.  As best I can recall, Lorin

6  had the conversation.

7  BY MR. FOX:

8      Q.  When you and Lorin determined that you

9  would do this action plan for Barb, what was the

10  intent with the plan in connection with Barb and

11  going forward with the company?

12          And what I mean by that is, was it

13  intended that if she didn't meet the goals and the

14  other things that were put on the plan that she

15  would be terminated, or something else?

16      MS. ROSENBERG:  Objection to form and to the

17  extent it mischaracterizes prior testimony.

18      THE WITNESS:  Again, I wasn't present for how

19  the plan was presented.  But a performance action

20  plan has certain things on there to help the

21  employee, to give them specific details of what

22  performance needs to be improved.  And the goal of

23  the plan is to help improve the employee so they

24  can come off of the action plan and show

1   performance improvement.

2           But obviously the document also states

3   that if performance isn't met, that termination

4   could be an option.

5   BY MR. FOX:

6       Q.   So let me show you -- by the way, who

7   typed up the plan?

8       A.   Which plan are you referring to?

9       Q.   The first action plan that Barb had.

10      A.   Which plan are you referring to?

11      Q.   Was more than one typed up for the first

12  time?

13      A.   I'm asking you which.

14      Q.   April '14?

15      A.   I have to see it to know who typed it up.

16      Q.   You don't remember, without seeing it,

17  whether you typed it up as opposed to Lorin or

18  somebody else?

19      A.   I don't believe I type it up, but I would

20  have to look at it to give you a definitive answer.

21      Q.   Here, I'll show you -- we'll mark this as

22  the next exhibit.

23

24



1  number listed here, so that's why I'm referencing

2  that.

3  BY MR. FOX:

4      Q.   Do you know following May 24 or

5  thereabouts if Barb had actually made the 15

6  admissions that are indicated in this document?

7      A.   I believe that was not met.

8      Q.   What do you base that on?

9      A.   Some -- I just remember my recollection of

10  her not meeting those admission goals.

11      Q.   What do you base that recollection on?  Do

12  you remember somebody telling you that or you

13  reviewing a document or something else?

14      A.   Just my recollection.

15      Q.   So if you look at now Exhibit 10 for a

16  moment, there is some handwriting on here where the

17  April 24, and toward the bottom April 24 and May 24

18  is crossed out and the 26th is inserted.

19          Do you see that?

20      A.   I do.

21      Q.   Then down below that there is an arrow,

22  and it says, "Put a plan in place for Norwegian,"

23  and there is some writing under that.

24          Do you know whose handwriting that



1  is?

2      A.   I believe it's Lorin's, but I'm not sure.

3      Q.   As you look at this document, do you know

4  why the April 24 and May 24 were changed to the

5  26th, if you know?

6      A.   I do know.

7      Q.   Okay.  After May 26, after that time

8  period, did you have any discussion with Lorin in

9  connection with what would happen with Barb going

10  forward in terms of job security or more action

11  plans or whatever?

12      MS. ROSENBERG:  Objection to form.

13      THE WITNESS:  From my recollection, I don't

14  remember the exact date, there was a discussion

15  about items not being met on the action plan.

16  BY MR. FOX:

17      Q.   Do you remember, do you have any memory

18  whatsoever of what items were not met on the action

19  plan?

20      A.   I don't recall.

21      Q.   Have you ever seen any document whatsoever

22  that indicates what items on this action plan were

23  not met?

24      A.   I don't recall a document, no.



1    Q.   You're familiar with action plans that are

2  similar to this that have been done at NuCare

3  before?

4    A.   It looks like a similar format that we've

5  used before, but a lot of them are different.

6    Q.   And this one here that you see in front of

7  you, it says that, "It is therefore necessary that

8  over the course" -- I'm just reading part of it --

9  "that over the course of the next 30 days the below

10  action plan" is -- "that the below action plan be

11  followed."

12            Based on what it says there and the

13  rest of the document, is it the intent of this

14  document that Barb try and complete the things that

15  are indicated on this document within the 30 days

16  following June 3?

17    MS. ROSENBERG:  Objection.  Form.  Lack of

18  foundation.

19    THE WITNESS:  From reading the document, it

20  says that over the course of the next 30 days, the

21  below action plan would be followed, which would be

22  all the bullet points and the admission number.

23  BY MR. FOX:

24    Q.   Now, do you know if Barb -- by the way,

1  was Lorin reporting to you periodically about Barb

2  Kuebler's performance in the context of these

3  action plans in May and June of 2013?

4      MS. ROSENBERG:  Objection to the extent it

5  assumes facts not evidence.

6      THE WITNESS:  I can recall having some

7  conversations with her.  I know that Lorin was

8  trying to meet about every week with Barb to go

9  over this.

10  BY MR. FOX:

11      Q.   Was Lorin updating you periodically about

12  Barb's performance in the context of the action

13  plans that she was given?

14      MS. ROSENBERG:  Same objection.

15      THE WITNESS:  Again, I recall having

16  conversations with Lorin, but I don't know if

17  specifically it was talked about.  But she had met

18  with Barb after -- on a weekly basis, you know,

19  about a weekly basis, and presenting her with the

20  action plan.

21  BY MR. FOX:

22      Q.   Was it the intent of an action plan like

23  this one that, if Barb met the goals indicated on

24  here, her job would be safe, at least for the time



1   being, follow the action plan?

2       MS. ROSENBERG:  Objection.  Calls for

3   speculation.

4       THE WITNESS: On performance action plans, if

5   the goals are met, the performance action plan has

6   been met.  The goals have been met.

7   BY MR. FOX:

8       Q.   So if that's the scenario, if the action

9   plan is met, then the person shouldn't expect to be

10  fired for not meeting the goals in the action plan

11  at the end of the term of that action plan.

12              Is that fair?

13      MS. ROSENBERG:  Same objection.

14      THE WITNESS:  Correct.

15  BY MR. FOX:

16      Q.   Okay.  Did Lorin keep you apprised of

17  whether or not Barb was meeting the performance

18  issues that are contained in this action plan we're

19  looking at during the month of June 2013?

20      MS. ROSENBERG:  Are you referring to Exhibit

21  12?

22      MR. FOX:  Correct.

23      MS. ROSENBERG:  Objection.  Lack of foundation.

24      THE WITNESS:  I remember having some



1   conversations that Lorin had been meeting with Barb

2   about the action plan.  But I don't remember the

3   substance to what specific items were met and

4   weren't met on here from those.

5   BY MR. FOX:

6       Q.   Do you remember her indicating at all that

7   she was not meeting any of the items that are

8   contained on this action plan, Exhibit 12?

9       MS. ROSENBERG:  Objection.  Lack of foundation.

10  The witness testified that he's not familiar with

11  this document.

12      THE WITNESS:  I remember having conversations

13  where there were some items not being met from the

14  action plan.

15  BY MR. FOX:

16      Q.   Do you recall were there any complaints

17  about Barb while she worked at NuCare from any

18  patients?

19      A.   I don't recall any.

20      Q.   Do you recall any complaints from any

21  facilities about Barb's teamwork or anything

22  related to that while she worked at NuCare?

23      A.   You mean while she was at University of

24  Illinois Hospital account?



1    Q.   Correct.

2    A.   I don't recall anything specifically.

3    Q.   Do you recall any complaints from

4  physicians about Barb while she was at NuCare?

5    A.   I don't recall anything specifically.

6    Q.   Do you know when it was decided that Barb

7  would be terminated?

8    A.   I recall having a conversation with Lorin

9  about the action plan and some items not being met,

10  including the number of admissions and some of the

11  other things and bullet points, and determining

12  that, you know, obviously the action plan had not

13  been met and we were going to move for termination

14  for performance reasons.

15    Q.   Because she has not met the action plan is

16  what you're saying?

17    MS. ROSENBERG:  Objection.  Mischaracterizes

18  testimony given.

19    THE WITNESS:  We were moving for termination

20  for performance reasons based on some of the action

21  plan items.

22  BY MR. FOX:

23    Q.   Do you remember when it was determined

24  that you would terminate?



1  before the end of the 30 days, do you recall if it

2  was before the end of the 30 days indicated on this

3  action plan that you decided you were going to

4  replace Barb?

5      MS. ROSENBERG:  Same objections.

6      THE WITNESS:  I don't recall replacing anyone

7  before the 30 days.  We may have planned to do some

8  interviews of some folks, but without the full 30

9  days action plan carrying out, you know, we weren't

10  moving to replace anybody.

11  BY MR. FOX:

12      Q.  Does Jill Bajorek that you said you

13  replaced Barb with, do you recall what her work

14  background was?

15      MS. ROSENBERG:  Objection.  Mischaracterizes

16  testimony given.

17      THE WITNESS:  Jill's work background.  She was

18  a social worker that had come from one of the local

19  hospitals.

20  BY MR. FOX:

21      Q.  Okay.  Now, I want to discuss with you for

22  a moment the termination process with Barb.

23          By the way, whose decision was it

24  that Barb be terminated?



1    A.   From my recollection, I discussed it with

2  Lorin and we determined a change would be made.

3  But ultimately it was my decision.

4    Q.   So once it was decided she would be

5  terminated, how long was it before you informed

6  Barb she would be terminated?

7    A.   I don't recall.

8    Q.   Once it was decided, did you make a

9  decision about who would discuss this with Barb

10  that she would be terminated?

11    MS. ROSENBERG:  I apologize.  Would you please

12  read that back.

13               (Whereupon, the record was

14               read.)

15    THE WITNESS:  I remember discussing it with

16  Carly because I usually like to have HR present

17  with any termination, and we determined a date that

18  worked for both of us.

19  BY MR. FOX:

20    Q.   So who was present when you told Barb she

21  was being terminated?

22    A.   Carly and myself and Barb.

23    Q.   And then in advance of the termination did

24  you make contact with Barb to tell her to come to



1   your office, something to that effect, that you

2   wanted to talk to her?

3       A.   I don't recall exactly, but I obviously

4   set up some type of a meeting to meet with her.

5       Q.   So at that meeting it was you, Carly, and

6   Barb, total?  Anybody else?

7       A.   I believe only us three.

8       Q.   So tell me what you said to Barb at the

9   meeting.

10      A.   I don't recall everything.  I remember

11  that I told her that she had been on an action plan

12  and was not meeting some of the performance metrics

13  and that we were going to terminate based on

14  performance.

15      Q.   Did you tell her what part of the

16  performance plan she was not meeting?

17      A.   I don't recall.

18      Q.   In your mind at that time, what was your

19  understanding of what part of the performance plan

20  she wasn't meeting?

21      A.   From my recollection there was the

22  admission piece, and a couple of the bullet points.

23  I don't remember specifically which ones.

24      Q.   When you say the admissions piece, that



1    A.   I was not.

2    Q.   Were you part of the hiring process for

3  Jean Jordan?

4    A.   Yes.

5    Q.   What was your role in the hiring process

6  of her?

7    A.   I sought Jean out.  She was in the same

8  hospitals that we were meeting someone in the same

9  territory for.  I interviewed her.  I believe

10  our -- at the time the administrator of Aria was Mo

11  Polstein, and at the time the regional vice-

12  president of business development, Nicole

13  Jablonski, also interviewed her, but I'm not sure.

14    Q.   What was the name last name again?

15    A.   Jablonski.

16    Q.   And subsequent to you interviewing her,

17  Jean was hired then?

18    A.   Yes.  Obviously there was a couple of

19  folks who had interviewed, and I had extended the

20  offer to Jean.

21    Q.   Any particular reason that you chose Jean

22  over the folks you interviewed?

23    MS. ROSENBERG:  Objection to form.  Assumes

24  facts not in evidence.



1      Q.   Do you remember the month and year Jean
2   started with NuCare?
3      A.   I don't remember exactly, but I think it
4   was around January or sometime towards the
5   beginning of the year.
6      Q.   Of 2013, correct?
7      A.   I believe so.
8      Q.   Now, at some point in time after Jean
9   started did you hear any complaints about her
10   performance, about anything related to her
11   performance?
12      MS. ROSENBERG:  Objection to form.
13      THE WITNESS:  I can recall some issues with
14   number of admissions and the facility census.  I
15   can recall some teamwork issues with the facility
16   and Jean.  I can recall, but not specifically,
17   but -- and Lorin was the one who told me, but I
18   think we had some concerns from some of the
19   hospitals, too.
20   BY MR. FOX:
21      Q.   What were the concerns with the hospitals?
22      A.   I don't recall specifically.
23      Q.   Do you recall what the teamwork issues
24   were?



1    A.   I recall that being around, you know,

2  getting quick, efficient answers, and the

3  collaboration between looking at the clinical and

4  financial reasons for the patients being admitted.

5  So our admissions team, our clinical team, our

6  administrator.  But I don't have any specific

7  examples of that.

8    Q.   Do you recall who it was that complained

9  in the context of teamwork --

10    MS. ROSENBERG:  Objection.

11  BY MR. FOX:

12    Q.   -- about Jean?

13    MS. ROSENBERG:  Excuse me.  Object to the

14  extent assumes facts not in evidence.

15    THE WITNESS:  I remember the administrator of

16  Aria, Mo.

17  BY MR. FOX:

18    Q.   Anybody else?

19    A.   Not specifically that I can recall.

20    Q.   As you sit here now, do you remember

21  anything that Mo said about Jean in the context of

22  this complaint?

23    MS. ROSENBERG:  Objection to form and to the

24  extent it assumes facts not in evidence.



1      THE WITNESS:  Not specifically.

 2    BY MR. FOX:

 3      Q.   Generally, do you remember?

 4      A.   What I said earlier.  Just about teamwork,

 5    of being able to get patients quickly and

 6    efficiently in and working together to try to make

 7    the facility's census goals.

 8      Q.   Is there anything in writing that reflects

 9    this that you're aware of?  That reflects this

10    teamwork problem that you just mentioned?

11      A.   I remember Mo submitting something to

12    Carly in HR about it, but I don't remember

13    specifically what was on there.

14      Q.   Other than Mo submitting something to

15    Carly, do you remember anything else?

16      A.   I don't recall it, no.

17      Q.   Do you remember when Mo submitted this

18    document to Carly in writing?

19      A.   I don't.

20      Q.   Did you see it yourself ever?

21      A.   At some point I did see it, yes.

22      Q.   Do you remember what it said?

23      A.   I do not.

24      Q.   When you saw it, was Jean still working



1    there for NuCare?

2        A.   I believe so.

3        Q.   And, I'm sorry, I don't remember if I

4    asked you this or not, but what was the complaint,

5    if anything, about the hospital or from the

6    hospital about Jean?

7        A.   I don't recall the specifics.

8        Q.   Do you recall anything generally?

9        A.   Just what I told you.  That I remember

10   getting a couple of complaints from some of the

11   hospital social workers.

12       Q.   Do you remember what the complaints were

13   about?

14       A.   I do not.

15       Q.   Did it happen from time to time with

16   various liaisons that a social worker at a hospital

17   might have a complaint about her?

18       MS. ROSENBERG:  Objection.  Vague.

19       THE WITNESS:  Very rarely.

20   BY MR. FOX:

21       Q.   Did it happen from time to time that an

22   administrator at a facility would have a complaint

23   about a liaison?

24       MS. ROSENBERG:  Same objection.  Calls for



1  speculation also.

2      THE WITNESS:  My experience, rarely.

3  BY MR. FOX:

4      Q.   Now, you said the third thing was some

5  issues with the number of admissions and the

6  facility census.

7              Do you recall who brought that to

8  your attention or how it was brought to your

9  attention?

10     A.   I do not.

11     Q.   Once it was brought to your attention --

12  well, let me ask it this way first.

13             Would it be anybody other than

14  whoever was the supervisor for Jean that would

15  bring that sort of issue to your attention in

16  connection with the number of admissions and

17  facility census?

18     A.   I don't recall who specifically did.  Your

19  question of could it be someone else besides the

20  RVP, yes.  It could have been someone in the

21  facility like Mo or something like that.

22     Q.   Now, once it came to your attention, what,

23  if anything, did you say about these complaints

24  that you've just described?



1    MS. ROSENBERG:  Objection to form and to the

2  extent it mischaracterizes prior testimony.

3    THE WITNESS:  I don't remember the time frame,

4  but at some point we decided to put Jean on a

5  performance action plan based upon the analysis and

6  the feedback we'd been getting.

7  BY MR. FOX:

8    Q.   Who was it that put together the action

9  plan for Jean?

10    A.   I had a discussion with Lorin, who at the

11  time was her supervisor, and Lorin had compiled the

12  action plan from the what I remember.

13    Q.   And did you review the action plan that

14  she had compiled before it was given to Jean?

15    A.   I believe so.

16    Q.   Did you make any changes or modifications

17  in it after you reviewed it?

18    A.   I don't recall.

19    Q.   And did you agree with it?

20    A.   Agree with what?

21    Q.   That she be given the action plan that you

22  were shown?

23    A.   Yes.

24    Q.   Do you recall was this again a 30-day



1  to admit or try to admit patients from hospitals to
2  Aria?
3      A.   From other hospitals, yes.  There were
4  times where those patients would go to Aria.
5           These three hospitals historically
6  have been our three main hospitals in geographic
7  distance or whatever.
8      Q.   Now, in the period -- in the month
9  following May 6, do you recall any discussions with
10  Lorin about how Jean was doing in connection with
11  this action plan?
12      A.   I do not.
13      Q.   Do you recall generally if Lorin was
14  saying she was doing well with the action plan, not
15  well?  Or just don't recall anything about it?
16      A.   I recall reviewing some of the data, not
17  specifically, and reviewing kind of Jean's
18  performance while she's been on the action plan
19  with Lorin, determining that she wasn't meeting
20  some of the performance metrics, and we were going
21  to move to termination.
22      Q.   Do you recall that Jean was put on a
23  second action plan?
24      A.   I do not.



1    Q.   Do you recall if she ever -- 30 days out,

2  if she met or did not meet any of the performance

3  standards that are contained in this action plan,

4  including not only the admission numbers but also

5  the bulleted points that are set forth in it?

6    A.   I don't recall which ones are the bullet

7  points.  I believe that she did not meet the

8  hospital targets.  Hospital admission targets.

9  Sorry.

10    Q.   So when you found out she did not meet the

11  hospital's targets, what did you do with that

12  information as contained in this May 6, 2013,

13  action plan?

14    MS. ROSENBERG:  Objection to form.

15    THE WITNESS:  I don't recall specifically what

16  date and time.  I remember that at some point, in

17  reviewing the fact that Jean was on an action plan,

18  that she wasn't meeting performance metrics, that

19  we decided to move to termination.

20  BY MR. FOX:

21    Q.   And as you sit here today you don't recall

22  if she was put on a subsequent action plan?

23    A.   I don't recall if there was one or two.  I

24  remember there being an action plan and her not



1   meeting the performance metrics of that.

2      Q.   Do you recall when it was you hired the

3   replacement for Jean?

4      MS. ROSENBERG:  Objection to form and to the

5   extent it assumes facts not in evidence.

6      THE WITNESS:  We interview constantly for

7   liaisons.  The person that ended up taking Jean's

8   territory was Jacob Traunfeld.  I don't recall

9   specifically when he was hired.

10  BY MR. FOX:

11     Q.   At the time that during the month of --

12  during the month of June of 2013, do you recall if

13  you had any other liaison positions available other

14  than Jean and Barb's?

15     MS. ROSENBERG:  Objection to form and to the

16  extent to assumes facts not in evidence, or

17  mischaracterizes prior testimony.

18     THE WITNESS:  I don't recall.

19  BY MR. FOX:

20     Q.   How would you be able to -- is there any

21  way you would be able to find out that information

22  from reviewing a document?

23     MS. ROSENBERG:  Same objections.

24     THE WITNESS:  I have no idea.



1  plan were met, then the performance has improved.

 2  BY MR. FOX:

 3      Q.   Now, the decision was made to fire Jean,

 4  correct?

 5      A.   Jean was terminated due to performance and

 6  not meeting the goals of her action plan.  I don't

 7  know specifically what time, though.

 8      Q.   That was going to be my question.  You

 9  don't know when that decision was made?

10      A.   I don't know specifically, no.

11      Q.   Whose decision was it that Jean would be

12  terminated?

13      A.   The conversation between myself and Lorin.

14  Ultimately, though, it was my decision.

15      Q.   Did Lorin recommend to you that Jean be

16  terminated?

17      A.   I can't recall.

18      Q.   The same question with Barb because I

19  didn't ask you that.

20           Did Lorin recommend to you that Barb

21  be terminated?

22      A.   I can't recall.

23      Q.   The person who replaced Jean was who?

24      A.   Jean's territory was covered by Jacob



1  Traunfeld after Jean left.

2      Q.   How old is Jacob roughly?

3      A.   I do not know.

4      Q.   Can you give me an estimate?  Do you know

5  if he's in his 40s, 30s, 50s?

6      A.   He's younger than 50 I would imagine.

7      Q.   Now, when Jean was terminated, you were

8  present to tell her she was terminated; correct?

9      MS. ROSENBERG:  I didn't hear the question.

10  I'm sorry.

11      MR. FOX:  I'll just repeat it.

12  BY MR. FOX:

13      Q.   Who was present when Jean was being told

14  she was being terminated?

15      A.   Carly Saltis, myself, and Jean.

16      Q.   Now, was this on the same day that Barb

17  was terminated?

18      A.   It was.

19      Q.   Any particular reason that it was the same

20  day?  Or was it just a coincidence?

21      A.   It just had worked in our schedules.

22      Q.   So what was said by you at the meeting

23  when you terminated Jean?

24      A.   I don't recall specifically.  I do recall



1   that I was telling her that she had been on a

2   performance action plan and had not met some of the

3   performance metrics and she was being terminated.

4        Q.   The performance metrics that she didn't

5   meet were what?

6        A.   I don't recall specifically under hospital

7   account management what was completed and not

8   completed.  I know there was not -- the hospital,

9   the mission targets were not met.

10       Q.   Because by 14 days following that second

11  action plan she had not met those targets.

12            Is that what you're referring to?

13       MS. ROSENBERG:  Objection to form and to the

14  extent it mischaracterizes prior testimony.

15       THE WITNESS:  I don't recall which of the

16  metrics specifically.  I would have to look back.

17  BY MR. FOX:

18       Q.   Well, you're familiar these documents; is

19  that right?

20       MS. ROSENBERG:  Objection to the extent it

21  mischaracterizes prior testimony.

22       THE WITNESS: I have it in front of me.  I'm

23  reading it, yes.

24



1  for consulting services.

2      Q.   And why did this say she was being offered

3  this position for that particular facility?

4      A.   Not sure.  The hospitals that she was

5  going to be assigned to mostly deal with Aria.  But

6  I'm not sure why it specifically said that in

7  there, because she was starting to work for Quest.

8      Q.   Okay.  Do you recall at about the time she

9  was hired or just before she was hired Jean had

10  indicated that she took a tour herself of the Aria

11  facility?  Do you recall her telling you that and

12  asking you for a meeting in connection with that?

13      MS. ROSENBERG:  Objection to form.

14      THE WITNESS:  I think I remember that she said

15  she took a tour on one of the weekends.  I don't

16  remember specifically some of the feedback, but I

17  know that was -- she had some concerns she wanted

18  to address.  I don't remember what.

19  BY MR. FOX:

20      Q.   Would you recall she indicated some

21  concerns with problems with the building and she

22  had said words to the effect that it would take

23  about a least a year for the building to get up to

24  speed?



1     A.    I do not recall that.

2     Q.    Would you recall having a meeting with her

3    and Mo Polstein about the fact that she had toured

4    the building?

5     A.    I remember hearing the conversation.  I

6    don't remember having a meeting.  I do remember

7    that she did say she toured on the weekend and had

8    some concerns.  That's all I can remember.

9     Q.    Then if you go down in this offer plan,

10   there's a section called "bonus plans."  Do you see

11   that towards the bottom?

12    A.    Yes.

13    Q.    And so the bonus plans, was that a written

14   plan that you -- well, tell me the form it would

15   take shape in and how it would be relayed to the

16   liaisons.

17    MS. ROSENBERG:  Objection to form.

18    THE WITNESS:  The bonus plans were determined

19   on a yearly basis and have taken a couple of

20   different formats.  So I don't recall specifically

21   which would be 2013 from this.  Usually are based

22   on hospital account admissions, and sometimes can

23   be also based on a specific facility's budgeted

24   performance, census performance.



1      MS. ROSENBERG:  The e-mail does not state what

2    you just said it states, and I just want the record

3    to be clear on that.

4      MR. FOX:  That's why I asked him the question.

5    That's what the questions are for.

6      MS. ROSENBERG:  And I objected.

7      MR. FOX:  You objected to every single question

8    today without basis.  99 percent of them were you

9    without basis.

10      MS. ROSENBERG:  I disagree with that.

11      MR. FOX:  We will have the judge talk about it.

12      MS. ROSENBERG:  That's fine.

13   BY MR. FOX:

14      Q.   It says, "We have a current employee of

15   Symphony of Joliet, Barb Kuebler, that we would

16   like to transition to Quest/NuCare."

17      MS. ROSENBERG:  Now you have read it correctly.

18      MR. FOX:  Thank you for that.

19   BY MR. FOX:

20      Q.   Does reading this e-mail refresh your

21   recollection as to whether there were any other

22   e-mails that discussed Barb Kuebler transferring to

23   Quest/NuCare from Symphony and discussing any

24   problems there existed with her at Symphony?



1    A.   I don't understand the question.

2    Q.   Okay.  You testified before about some

3    complaints about Barb Kuebler in the context of

4    working at Symphony.

5              Do you recall that?

6    MS. ROSENBERG:  Objection to the extent it

7    mischaracterizes prior testimony.

8    THE WITNESS:  I testified that I was aware of

9    some concerns and some meetings that had occurred.

10   BY MR. FOX:

11   Q.   About some complaints about her?

12   A.   About some issues that may have occurred,

13   yeah.

14   Q.   Okay, great.

15             Now, does reading this e-mail refresh

16   your recollection as to whether or not there is any

17   e-mails that relate to those issues that you were

18   referencing?

19   A.   I don't know how they correlate.  I'm not

20   following you.

21   Q.   I'm just asking if it refresh yours

22   recollection.  If it doesn't, it doesn't.

23   A.   No.

24   Q.   All right, fine.  The next exhibit.



1 But every situation is different.  Every liaison

2 and their employment is different.  So it's not

3 just a standard thing.

4     Q.   But the primary role of the liaison is to

5 get patients admitted into NuCare skilled nursing

6 facilities, correct?

7     A.   Yes.

8                       (Whereupon, Fields Deposition

9                       Exhibit No. 20 was marked for

10                      identification.)

11 BY MR. FOX:

12     Q.   The next exhibit, if you can just take a

13 look at this, and then I'll ask you some questions

14 about it.

15     A.   Okay.

16     Q.   So at the bottom e-mail, which is from --

17 the bottom of this first page e-mail, which is from

18 Lorin Schubert to yourself, it says that -- she

19 says -- Lorin -- "I also cost and created something

20 for Suzy.  I will go over the attached with her and

21 then come up with a plan together."

22          Do you know who she's referring to

23 here, this Suzy?

24     MS. ROSENBERG:  Objection.  No foundation.



1   discussion you may have had with David Hartman in

2   connection with action plans for Barb Kuebler?

3       A.   No.

4       Q.   All right.

5                        (Whereupon, Fields Deposition

6                        Exhibit No. 21 was marked for

7                        identification.)

8   BY MR. FOX:

9       Q.   If you can read this to yourself, I'm

10  going to ask you some questions about it.

11              So the bottom e-mail is from Barb

12  Kuebler to Lorin Schubert.  And if you count the

13  admissions that she wrote here from 4/26 through

14  5/22, there's 13.  And then on the next page she

15  has pending with no discharge date, she has two

16  persons listed.  Do you see that?

17      A.   Uh-huh.

18      Q.   Do you recall whether or not that was

19  accurate or not?

20      MS. ROSENBERG:  Objection to lack of foundation

21  and form.

22      THE WITNESS:  I do recall, and it was

23  inaccurate.  From looking through some of this data

24  we found that some of them didn't admit and some of



1  them were re-admissions, which are not counted in

2  the bonus numbers.  Only new admissions are

3  counted.  So if somebody is in one of our

4  facilities, goes out to the hospital and comes

5  back, it's considered a re-admission, not a new

6  admission.

7  BY MR. FOX:

8    Q.   What about in terms of you said it didn't

9  count for the bonus numbers.  What about in terms

10  of the action plans?

11   A.   The action plan is based off of new

12  admissions.

13   Q.   Do you recall if it says that on the

14  action plans?

15   A.   I do not recall.

16   Q.   All right.  And do you remember which of

17  these, if you can recall, were re-admissions as

18  opposed to new admissions?

19   A.   I don't recall.

20   Q.   Now, did you have a conversation about the

21  fact that this was inaccurate with Lorin Schubert

22  after you saw it?

23   A.   I did have a conversation with her,

24  because I know that Barb was asking that -- telling



1  us that the information that she had was different

2  than what the facilities were providing.  So I went

3  back in the system with the admissions director to

4  look these up to make sure that our data was

5  accurate.

6      Q.   So on these spreadsheets that we have here

7  that we looked at earlier, on any of these

8  spreadsheets, do they indicate to your knowledge

9  that any person was a re-admission or new

10 admission?

11     A.   Yes.  These are all new admissions.

12     Q.   I'm sorry?

13     A.   Yes.  Those sheets would be only new

14 admissions in reference to some of the sheets that

15 were presented earlier.

16     Q.   All right.  Then at the top e-mail, which

17 is from Lorin Schubert to yourself, she has LMK --

18 I'm assuming that references "let me know" -- "I

19 moved her meeting to tomorrow.  I need to know what

20 you want her next 30-day goal to be.  I was

21 thinking 18 admissions."

22           Do you recall having any discussions

23 with Lorin about changing the next goal to 18

24 admissions?



1           Not this specific document, but are

2   you familiar with these documents generally speak?

3       A.   Yes.

4       Q.   And these documents are used by liaisons

5   to track the numbers of their referrals and

6   admissions to various skilled nursing facilities?

7       MS. ROSENBERG:  Objection to form.

8       THE WITNESS:  This form is used to send in to

9   their supervisors to look at accountability of

10  certain patients.

11          Just because information is on here

12  doesn't mean it's actually accurate for people who

13  were admitted or didn't admit, because it's not the

14  facility's information, it's the liaison's.

15  BY MR. FOX:

16      Q.   Do you know as you sit here today whether

17  or not you've ever investigated whether the

18  information indicated on Exhibits 27 and 28 is

19  accurate?

20      MS. ROSENBERG:  Objection.  Lack of foundation.

21      THE WITNESS:  I don't recall.

22  BY MR. FOX:

23      Q.   Do you know why June 20 was picked as the

24  date you wanted to terminate Barb Kuebler?



1    MS. ROSENBERG:  Objection to form.

2    THE WITNESS:  In conversations with Carly, who

3  I was going to be present for the termination, we

4  had to align our schedules where we could be in the

5  same place at the same time.

6  BY MR. FOX:

7    Q.   And do you recall that as of June 20, Barb

8  Kuebler was still in the midst of her June 3rd

9  30-day action plan?

10    MS. ROSENBERG:  Objection to form.

11    THE WITNESS:  I don't recall, no.

12  BY MR. FOX:

13    Q.   Was Lorin Schubert generally keeping you

14  updated with what was going on with Barb and Jean's

15  action plans during that time period?

16    MS. ROSENBERG:  Objection to form.

17    THE WITNESS:  Generally, yes.

18  BY MR. FOX:

19    Q.   All right.

20                    (Whereupon, Fields Deposition

21                     Exhibit No. 29 was marked for

22                     identification.)

23  BY MR. FOX:

24    Q.   So the top page of this is an e-mail dated



1    Q.   All right.
2                      (Whereupon, Fields Deposition
3                      Exhibit No. 36 was marked for
4                      identification.)
5    BY MR. FOX:
6    Q.   This is actually two action plans stapled
7    together.  The top one for Tina Robinson.  Do you
8    recall anything about -- do you recall that action
9    plan being given to Tina Robinson?
10   MS. ROSENBERG:  Objection to form and lack of
11   foundation.
12   THE WITNESS:  I recall that she was on an
13   action plan, and I recall that she met the goals of
14   the action plan.  I do not recall much else from
15   that, though.
16   BY MR. FOX:
17   Q.   Then the hospital targets that are listed
18   toward the bottom, at the bottom, do you know who
19   created those targets?
20   MS. ROSENBERG:  Objection to lack of
21   foundation.
22   THE WITNESS:  I do not.
23   BY MR. FOX:
24   Q.   All right.



1    Q.   Do you recall counsel asking you whether

2  you had any input into the answers to the

3  interrogatories?

4    A.   Yes.

5    Q.   When you answered that question, had you

6  looked and reviewed any specific interrogatories

7  and any specific answers that were on the document

8  that counsel showed you?

9    A.   No.

10    Q.   Tim, with respect to Jean Jordan, do you

11  recall testifying that she had certain

12  teamwork-related issues?

13    A.   Yes.

14    Q.   And I believe you said teamwork issues at

15  a facility.  Do you recall that?

16    A.   Yes.

17    Q.   Which facility were you referring to?

18    A.   Aria Post Acute Care.

19    Q.   Tim, earlier in your deposition did you

20  testify regarding how admissions and referrals data

21  and numbers were communicated to liaisons?  Do you

22  recall that testimony?

23    A.   Yes.

24    Q.   Do you recall testifying that there is,



1  quote, no standard policy, unquote, about how

2  admissions-related data is communicated to

3  liaisons?

4      A.   Yes.

5      Q.   And could you explain a little bit what

6  you mean by that?

7           And specifically, I mean if a

8  liaison -- and I'm referring to the time period

9  between January and June of 2013.  If a liaison

10  ever wished to review his or her performance and

11  how it compared to prior years' performance to

12  other facilities, how would a liaison go about

13  doing that?

14      A.   A liaison would ask their supervisor for a

15  copy of one or more of the reports that would show

16  that information.

17      Q.   And are these reports easily accessible to

18  the liaison supervisors?

19      A.   Yeah.

20      Q.   Is there any problem or issue or

21  prohibition about showing admissions data reports

22  to any liaisons?

23      A.   No.

24      Q.   Is there any other way that a liaison can



1    find out about his or her admissions numbers?

2        A.   Yes.  We would hold anywhere between

3    quarterly and every three or four months we would

4    get together as a group, and a lot of time this

5    data was dispersed to the whole group and discussed

6    upon what was good, what was bad.  We were

7    celebrating successes and talking about areas of

8    improvement.  Additionally, at the facility

9    marketing meetings they would always have attached

10   the referral admissions by hospital for each

11   facility in the marketing meetings, and those were

12   held about monthly.

13       Q.   And did the liaisons themselves

14   communicate their admission numbers into their

15   supervisors or otherwise to the company?

16       MR. FOX:  Objection, speculation.

17       THE WITNESS: In what way?  Rephrase that.

18   BY MS. ROSENBERG:

19       Q.   No problem.  Do you know if liaisons --

20   let me say it this way.  For the time period of

21   approximately the year of 2013, how would

22   admissions data be communicated to the company to

23   your knowledge?

24       A.   The admission directors filled out -- each



1  physicians or patients ever having any issues or

2  complaints with any of the company's liaisons?

3      MR. FOX:  Objection as to vague as to time.

4  BY MS. ROSENBERG:

5      Q.  And to be clear, I'm referring in your

6  time in your position at NuCare that you presently

7  hold.  Since you have been in that position is the

8  time period that's being referred to.

9      A.  I don't recall anything specifically.

10     Q.  Tim, do you recall giving testimony

11  earlier about Barbara Kuebler's hire?

12     A.  In what regard?

13     Q.  Do you recall giving some testimony about

14  that?

15     A.  Yes.  Yes.

16     Q.  And I believe you testified that you had

17  some involvement with respect to her hire, correct?

18     A.  Yes.

19     Q.  Could you please elaborate on that and

20  explaining what kind of involvement you had in

21  Barbara Kuebler's hire?

22     A.  Sure.  I had called Barb to let her know

23  that we had openings, open liaisons positions.  I

24  was part of her interview process, along with the



1  facility administrator and assistant administrator,

2  I believe the regional director of operations.  And

3  I had, you know, made a recommendation that we move

4  forward and hire Barb.

5      Q.   Did you communicate an employment offer to

6  Barb?

7      A.   I cannot remember who exactly the

8  employment offer came from.

9      Q.   Who was ultimately responsible for the

10  decision of hiring Barb?

11      A.   Myself.

12      Q.   Why did you make that decision?

13      A.   I had a previous history of working with

14  Barb at Lexington.  She was a liaison who I had a

15  good experience with, and I thought it would be a

16  good fit in the open position that we had.

17      Q.   Did you know Barb's age at the time you

18  made the decision to hire her?

19      A.   I did not.

20      Q.   Did you know Barb's age at the time you

21  made the decision to terminate her employment?

22      A.   I did not.

23      Q.   Approximately how long was Barb at NuCare

24  before her employment was terminated?



1    A.    Maybe nine, ten, eleven months, something
2  like that.
3    Q.    How certain are you in your recollection
4  as to that time period?
5    A.    I'm not.
6    Q.    And do you recall testifying about some
7  performance issues with respect to Barb?
8    A.    Yes.
9    Q.    How did you come learn of these
10  performance issues?
11    A.    In collaboration with Lorin Schubert, who
12  was the supervisor at the time, as well as some
13  analysis of some of the data, both facility-based
14  and some of the roll-up reports that Lisa prepares.
15    Q.    As you sit here today, what is your
16  recollection of the kind of performance issues that
17  Barb was having?
18    A.    There was some issues around education and
19  promotion of some of the services and programs that
20  NuCare facilities had, and there was performance
21  issues around the number of admissions that were
22  coming from that hospital account.
23    Q.    Anything else?
24    A.    That's all I remember.



1    Q.   What was your involvement with respect to

2  the performance action plan process as it pertained

3  to Barb?

4    MR. FOX:  I'm going to object.  It's a vague

5  question.  Calls for a narrative.  And the time

6  frame is not specified.  And that's it.

7  BY MS. ROSENBERG:

8    Q.   Did you understand my question?

9    A.   Can you repeat it, though?

10   Q.   Yes.  Explain what your involvement was

11  with respect to Barbara's performance action plan?

12   MR. FOX:  Same objection.

13   THE WITNESS:  I recall meeting with Lorin to

14  discuss some of the performance of the hospital

15  accounts.  Lorin put the document together.  We had

16  had some collaboration with Carly on it.  We had

17  let her know.  I don't recall exactly what

18  transpired with that, but I know Carly was

19  involved.  And throughout the process of the

20  performance action plan, Lorin had let me know she

21  was meeting with Barbara about every week and was

22  keeping me somewhat apprised of what was going on.

23        And when the performance action plan was

24  not met, we decided to move to termination, and



1  that was ultimately my decision, and moved to

2  termination.

3  BY MS. ROSENBERG:

4      Q.   Do you recall when the termination

5  decision was made as you sit here today?

6      A.   I don't recall the exact dates.

7      Q.   Let me show you your deposition Exhibit

8  23.

9           Do you recall counsel asking you some

10  questions with respect to that exhibit?

11     A.   Yes.

12     Q.   And specifically, I'm now turning to the

13  second page of this exhibit.  Do you recall counsel

14  asking you some questions with respect to the

15  e-mail that's dated June 9, 2013, 1:30 p.m., that

16  appears on this page?

17     A.   Yes.

18     Q.   And do you recall counsel asking you

19  questions with respect to the timing of Barbara's

20  and Jean's termination as it relates to this

21  e-mail?

22     A.   Yes.

23     Q.   Tim, as you sit here today, do you recall

24  when the decision to terminate Barbara or Jean's



1  employment was made exactly?

2      A.   I do not recall the exact dates.

3      Q.   What, if anything, does your review of

4  this e-mail today tell you with respect to the

5  timing of Barbara or Jean's terminations?

6      A.   Well, this sentence here, I write, "Most

7  likely will have to push the terminations of Barb

8  Jean back a week or two."

9      Q.   And what, if anything, does that sentence

10  tell you today?

11      A.   That a decision to terminate hadn't been

12  made and determined and acted upon.

13      Q.   Do you have any other recollection with

14  respect to this June 9, 2013, e-mail as you sit

15  here today?

16      A.   No.

17      Q.   Do you have any recollection as to how

18  Barbara Kuebler's admissions-related performance

19  compared to the admissions-related performance for

20  the hospital she was over from the prior year?

21      A.   My general recollection is that the total

22  numbers of admissions were down from the prior

23  year.

24      Q.   And if I've asked you this question, I



1    apologize.  But did you know how old Barb was at
2    the time you made the decision to terminate her
3    employment?
4        A.   No.
5        Q.   Did you care how old she was?
6        A.   No.
7        Q.   Did you consider Barbara's age in any
8    manner when you hired her?
9        A.   No.
10       Q.   Did you consider Barbara's age in any
11   manner when you made the decision to terminate her?
12       A.   No.
13       Q.   Do you recall your testimony with respect
14   to Jean Jordan's hire?
15       A.   Yes.
16       Q.   And if you testified to this already, I
17   apologize.  But what is your testimony with respect
18   to your involvement with Jean's hire?
19       A.   I sought Jean out.  She was somebody who
20   had worked in the same hospitals that we had an
21   open position for.  Was part of the interview
22   possess along with the administrator from Aria and
23   I believe a regional director -- a regional vice-
24   president of business development.  And ultimately,



1  I made the decision to hire Jean and also was the

2  one who gave her the offer.

3      Q.   Do you recall if Barb had recommended Jean

4  to you for hire at NuCare?

5      A.   I don't recall.

6      Q.   Do you recall approximately how long Jean

7  worked for NuCare?

8      A.   I want to say it was about six months.

9      Q.   At some point did you -- strike that.

10          Do you recall giving testimony today

11  about certain performance-related issues that you

12  learned about with respect to Jean?

13      A.   Yes.

14      Q.   How did you come to learn about those

15  issues?

16      A.   Through discussions with Lorin Schubert,

17  who was the supervisor at the time, and analysis of

18  the data and numbers of referrals and admissions

19  from the hospital accounts that Jean was assigned

20  to.

21      Q.   As you sit here today, what is your best

22  recollection of the type of performance issues that

23  Jean was experiencing?

24      A.   There was some teamwork issues with the



1  facility and there was some issues with the number

2  of admissions from the account in terms of the

3  performance of the number of admissions.

4      Q.   And you testified about that a little bit

5  earlier.

6      A.   Yes.

7      Q.   Do you recall that?

8           And can you describe what was your

9  involvement in the performance action plan or plans

10  for Jean?

11      A.   I had discussed with Lorin putting an

12  action plan together.  That had pieces on there

13  about marketing, business development activity, as

14  well as new admission targets from her hospital

15  accounts.  We had discussed it also with Carly

16  Saltis.

17           Lorin presented the plan to Jean.

18  And at the time the plan was presented, we had made

19  the decision after 30 days that the performance was

20  not being made and moved to termination.  I met

21  with Carly and Jean and proceeded with the

22  termination.

23      Q.   And who made the decision to terminate

24  Jean's employment?



1    A.    I did.

2    Q.    Do you recall when you made this decision?

3    A.    I don't recall the exact dates.

4    Q.    Do you recall why you made this decision?

5    A.    Her performance.

6    Q.    Do you know how old Jean was at the time

7    you hired her?

8    A.    No.

9    Q.    Do you know how old Jean was at the time

10   you made the decision to terminate her?

11   A.    No.

12   Q.    Did you care how old Jean was?

13   A.    No.

14   Q.    Did you consider Jean's age in any way

15   when you made the decision to terminate her

16   employment?

17   A.    No.

18   MS. ROSENBERG:  Nothing else.

19                   FURTHER EXAMINATION

20   BY MR. FOX:

21   Q.    I just have some follow up to this.

22            Do you recall a conference call

23   between and among Jean Jordan, Mo, Tony Plather,

24   Lorin, and yourself, in which Jean was talking



1  company to monitor admissions from the various

2  hospitals?

3      A.   I wouldn't say it's my sole job.  I would

4  say that there is an analysis that I partake on

5  with my regional directors of business development

6  to analyze the trends, both positive and negative,

7  on those.

8      Q.   With respect to admissions goals for

9  liaisons, and we can have the time period for this

10  question as, let's say, the start of 2012 to the

11  present.  Is it fair to say that the more

12  admissions a liaison secures the better it is for

13  NuCare?

14      A.   Yes.

15      MS. ROSENBERG:  I have nothing else.

16                  FURTHER EXAMINATION

17  BY MR. FOX:

18      Q.   So following up, if you would be reviewing

19  these spreadsheets and see Barb and Jean's numbers,

20  you would see other liaisons' numbers as well; is

21  that correct?

22      A.   Correct.

23      Q.   And if other liaisons had decreased

24  numbers from the previous year, we would expect

